IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD,<br><br>         Plaintiff,<br><br>     v.<br><br>PEOPLE OF CALIFORNIA, et al.<br><br>         Defendants.<br>_____ / | No. C-10-01449-DMR<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

On June 2, 2010, Defendants Jeffrey Stark, Bob Conner, and Cynthia Cornejo[1] ("individually-named Defendants") filed a Motion to Dismiss Under Rule 12. *See* Docket No. 7. The individually-named Defendants noticed a hearing on the Motion to Dismiss for July 8, 2010 at 11:00 a.m. The other named defendant in this action, "The People of California," has not made an appearance.

Pursuant to 28 U.S.C. § 636(c), a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. All defendants in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on the individually-named Defendants' Motion to Dismiss set for July 8, 2010 at 11:00 a.m. before Magistrate Judge Ryu is hereby vacated. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a

---

[1] Cynthia Cornejo is identified as "Cynthia Conejo" in Plaintiff's Complaint.

1  declination is filed, the case will be reassigned to a District Court Judge.

2

3      IT IS SO ORDERED.

4
Dated: June 4, 2010

5
_____
DONNA M. RYU

6  United States Magistrate Judge