1
2
3
4
5
6           UNITED STATES DISTRICT COURT
7         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                   OAKLAND DIVISION
9

| | |
|---|---|
| 10 JAMES KARIM MUHAMMAD, | Case No: C 10-1449 SBA |
| 11           Plaintiff, | **ORDER CONTINUING MOTION HEARING** |
| 12      vs. | Docket 71 & 73 |
| 13 PEOPLE OF CALIFORNIA, et al., | |
| 14           Defendants. | |

15

16   The hearing on Plaintiff's Amended Motion for Judgment by Default Against Bob
17 Conner scheduled for April 26, 2100 at 1:00 p.m. is CONTINUED to September 27, 2011
18 at 1:00 p.m.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-
19 1(b), the Court, in its discretion, may resolve the motion without oral argument.  The
20 parties are advised to check the Court's website to determine whether a court appearance is
21 required.
22      IT IS SO ORDERED.
23 Dated: April 21, 2011                    _____
                                              SAUNDRA BROWN ARMSTRONG
24                                            United States District Judge
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES KARIM MUHAMMAD,

    Plaintiff,

v.

PEOPLE OF CALIFORNIA et al,

    Defendant.
_____/

Case Number: CV10-01449 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Karim Muhammad
P.O. Box 24673
Oakland,  CA 94801

Dated: April 21, 2011

                              Richard W. Wieking, Clerk

                                  By: LISA R CLARK, Deputy Clerk