1  GREGORY J. ROCKWELL, ESQ. (SBN 63705)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   Oakland, CA  94607
5  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
6
   Attorneys for Defendant
7  BOB CONNER

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | JAMES KARIM MUHAMMAD, | ) | Case No.: C10-01449 SBA |
|---|---|---|
11 | Plaintiff, | ) | **[PROPOSED]** |
|   |   | ) | **ORDER GRANTING** |
12 | v. | ) | **DEFENDANT CONNER'S EX PARTE** |
|   |   | ) | **MOTION TO SET HEARING DATE OF** |
13 | PEOPLE OF CALIFORNIA, JEFFREY | ) | **HIS MOTION FOR SUMMARY** |
|   | STARK, as an individual and as assistant | ) | **JUDGMENT OR ALTERNATIVELY** |
14 | District Attorney of Alameda County; BOB | ) | **FOR PARTIAL SUMMARY** |
|   | CONNER, as an individual and as District | ) | **JUDGMENT** |
15 | Attorney Inspector; CYNTHIA CONEJO, as | ) |   |
|   | an individual and as Assistant Registrar of | ) | Complaint Filed:  April 6, 2010 |
16 | Voters Alameda County and DOES 1-10, | ) |   |
|   |   | ) |   |
17 | Defendants. | ) |   |

20   Before the Court is defendant BOB CONNER's ex parte application to obtain **January 17,**

21 **2012** as the hearing date for his previously filed motion for summary judgment or alternatively for

22 partial summary judgment.

23   After consideration of the moving papers, and good cause appearing therefore, the Court

24 hereby **GRANTS** defendant's motion, and orders that defendant's motion for summary judgment

25 or alternatively for partial summary judgment is hereby set for hearing on **January 24, 2012**, at

26 1:00 p.m.  Opposition and reply briefs are due as provided by the Local Rules and in the Court's

27 Order for PreTrial Preparation.

28
-1-
ORDER REGARDING DEFENDANT CONNER'S EX PARTE MOTION TO SET HEARING DATE FOR HIS
MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT
Action No:  C10-01449

1  SO ORDERED.

2  DATED: December 2, 2011

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

ORDER REGARDING DEFENDANT CONNER'S EX PARTE MOTION TO SET HEARING DATE FOR HIS MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT
Action No: C10-01449

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES KARIM MUHAMMAD,

    Plaintiff,

v.

PEOPLE OF CALIFORNIA et al,

    Defendant.
_____/

Case Number: CV10-01449 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Karim Muhammad
P.O. Box 24673
Oakland, CA 94801

Dated: December 5, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

26419\562356