UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

**Date:** April 16, 2012        **JUDGE:** Yvonne Gonzalez Rogers

Time: 8:30am-8:45am; 9:50am-11:30am; 11:37am-12:12pm; 12:26pm-1:33pm

**Case No:** C- 10-1449-YGR

**Case Name:** James Muhammad v Bob Conner

**Attorney(s) for Plaintiff:**        James K. Muhammad pro se

**Attorney(s) for Defendant:**        Jill Sazama and Gregory Rockwell

**Deputy Clerk:** Frances Stone        **Court Reporter:** Diane Skillman

### PROCEEDINGS

**Voir Dire Began 4/16/12        Trial Began: 4/16/12**

**Further Trial: Tuesday, 4/17/12 at 8:30am**

**Trial Proceedings:**
Case called and discussion with counsel. Juror panel into courtroom for roll.
Panel sworn for voir dire and voir dire began.
Jury selected and sworn. Court gives preliminary instructions to Jury.
Plaintiff Opening Statement. Defendant Opening Statement.

Plaintiff calls witness Bob Conner for direct.
Recess for the Day