# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KARIM MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOB CONNER,<br><br>　　　　Defendant. | Case No.: C-10-01449 YGR<br><br>**ORDER SEALING VERDICT AND REDACTING JUROR INFORMATION FROM JURY VERDICT FORM IN PUBLIC FILE** |

For good cause shown (namely to protect the identity of the presiding juror), the Clerk shall file under seal the original filled-in verdict form but shall file a copy of the filled-in verdict form in the public file modified only to redact the presiding juror's name and to substitute the juror number of the presiding juror in the signature line.

**IT IS SO ORDERED.**

April 18, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**